# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CHRISTOPHER WHITE**                                    **PLAINTIFF**

**V.**                  **CIVIL ACTION NO. 4:06CV53-TSL-JMR**

**TRAILBOSS TRAILERS, INC.,**
**JOHN and JANE DOES 1-3**                         **DEFENDANTS**

_____

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
_____

The above styled and numbered cause came on to be heard upon motion of the plaintiff to dismiss. There being no opposition to the same announced by the defendant, the Court finds that the motion is well taken and is, therefore, GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this action is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of June, 2006.

                                         /s/ Tom S. Lee
                                         United States District Court Judge

s/Michael R. Brown
*Counsel for Plaintiff*

s/Jeffrey J. Turnage
*Counsel for Defendant*